JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel:   (818) 905 6611
Fax:   (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS D. BUCKINGHAM ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> ACTING COMMISSIONER ) <br> OF SOCIAL SECURITY ) <br> ) <br> Defendant ) <br> _____) | CASE NO. EDCV 12-1917 AJW <br><br> ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA, 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920 <br><br> _____ |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under the Equal Access to Justice Act ("EAJA"),

IT IS HEREBY ORDERED

That EAJA fees are awarded to plaintiff in the amount of two thousand, six hundred dollars ($2,600.00), subject to the terms of the Stipulation.

May 21, 2014

_____
Andrew J. Wistrich
United States Magistrate Judge

---

**Buckingham vs. Colvin**          **1**          **Order Awarding EAJA Fees**